UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CODY L. CASTO** | **NO.: 15-817, S(5)** |
| **VERSUS** | **JUDGE LEMMON** |
| **DEPUTY DONALD PLAISANCE, et al.** | **MAGISTRATE NORTH** |

### FIRST AMENDED AND SUPPLEMENTAL COMPLAINT

Plaintiff, Cody L. Casto, amends and supplements his original Petition for Damages to substitute The Travelers Indemnity Company as the liability insurer for Defendants, Donald Plaisance, Christopher Booth, Pamela Bailey, Von Vargo, Grey Thurman, Benjamin Sedowksi, and Rodney "Jack" Strain, Jr., all in their individual and official capacities with the St. Tammany Parish Sheriff's Office (collectively "Defendants"). Mr. Casto avers the following in support thereof:

I.

Mr. Casto adopts and incorporates by reference as if copied herein *in extenso* all facts, claims, actions, causes of action, demands, exhibits, and papers contained in or attached to his Original Complaint.

II.

Mr. Casto amends and supplements Paragraph 3(i) of his Original Complaint as follows:

3.

The following parties are made defendants to this case:

\* \* \*

c.  The Travelers Indemnity Company ("Travelers"), which issued a general liability insurance policy (Policy No. ZLP-11N03130-PA) that provided insurance to Defendants for the claims asserted herein by Mr. Casto.

III.

Mr. Casto amends and supplements his Complaint by adding Paragraph 91(A), which provides:

91(A).

Travelers issued a general liability insurance policy (Policy No. ZLP-11N03130-PA) (hereafter the "Policy") to "St. Tammany Parish Sheriff's Office and its Sheriff" providing coverage to Defendants for any occurrence during the policy period of July 1, 2013 to July 1, 2014.

IV.

Mr. Casto amends and supplements his Complaint by adding Paragraph 91(B), which provides:

91(B).

Under the Policy, Travelers must pay the sums that Defendants are legally obligated to pay because of damages suffered by Mr. Casto due to Defendants' acts and/or omissions. Mr. Casto's claims arise from certain events that occurred on March 16-17, 2014, thereby occurring during the term of the Policy.

V.

Mr. Casto amends and supplements his Complaint by adding Paragraph 91(C), which provides:

39.

Pursuant to Louisiana Revised Statute § 22:1269, The Travelers Indemnity Company is solidarily liable with its insured(s), Defendants, to Mr. Casto within the limits of the Policy.

VI.

Mr. Casto amends and supplements Paragraph 91(D) of his original Petition for Damages as follows:

40.

To the extent that Travelers does not timely pay, it would also be liable for penalties and attorneys' fees and consequential damages under Louisiana Revised Statutes §§ 22:1892 and 22:1973.

VII.

Mr. Casto amends and supplements the Prayer for Relief contained in his Complaint as follows:

WHEREFORE, Plaintiff, Cody L. Casto, prays that upon trial of this cause, judgment will be entered against Defendants and Travelers Indemnity Company, in solido, for all actual, compensatory and punitive damages in an amount to be determined by a jury, together with prejudgment and post-judgment interest and costs. Mr. Casto also asks the Court to award such other and further relief as may be proper, to include a trial by jury on all issues.

/s/ Ryan O. Luminais
_____
JAMES M. GARNER, #19589
DEBRA J. FISCHMAN, #5578
RYAN O. LUMINAIS, #30605
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana  70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**ATTORNEYS FOR CODY L. CASTO**

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015 a copy of the above and foregoing has been filed electronically with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Ryan O. Luminais

_____
RYAN O. LUMINAIS